**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-50440

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

MARIA DEL ROSARIO PORRAS-RODRIGUEZ,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Texas
(P-99-CR-7-ALL)
May 5, 2000

Before REAVLEY, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons stated in the district court's thorough order of March 17, 1999.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.